1 **THE LAW OFFICE OF**
2 **JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
3 *jack@jackfitzgeraldlaw.com*
4 TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
5 MELANIE PERSINGER (SBN 275423)
6 *melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
7 3636 Fourth Avenue, Suite 202
8 San Diego, California 92103
Phone: (619) 692-3840
9

10 **THE LAW OFFICE OF PAUL K.**
**JOSEPH, PC**
11 PAUL K. JOSEPH (SBN 287057)
12 *paul@pauljosephlaw.com*
3150 Cabrillo Bay Ln.
13 San Diego, California 92110
14 Phone: (619) 767-0356
Fax: (619) 331-2943
15
*Counsel for Plaintiffs and the Proposed Class*
16

17

18 **UNITED STATES DISTRICT COURT**
19 **NORTHERN DISTRICT OF CALIFORNIA**

20
| JASON ZAJONC, DANYAEL WILLIAMS, and PRANKO LOZANO, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS, INC.,<br><br>Defendant. | Case No.: 20-cv-7871<br><br>**CONSUMERS LEGAL REMEDIES ACT VENUE AFFIDAVIT [CCP § 1780(d)]** |
|---|---|

I, Jason Zajonc, declare as follows:

1. I am a plaintiff in this action. I make this affidavit as required by California Civil Code § 1780(d).

2. The Complaint in this action is filed in a proper place for the trial of this action because defendant is doing business in this county.

3. The Complaint in this action is further filed in a proper place for the trial of this action because the transactions that are the subject of the action occurred in this county.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of November 2020, in Rohnert Park, California.
                                                              (city)

*Jason Zajonc*
_____
Jason Zajonc

---

1

*Zajonc, et al. v. Electronic Arts Inc..*
CCP § 1780(d) VENUE AFFIDAVIT