KEKER, VAN NEST & PETERS LLP
R. JAMES SLAUGHTER - # 192813
rslaughter@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
DAVID ROSEN - # 296139
drosen@keker.com
TAYLOR REEVES - # 319729
treeves@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
ELECTRONIC ARTS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ZAJONC, DANYAEL WILLIAMS, and PRANKO LOZANO, on behalf of themselves, and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ELECTRONIC ARTS INC.,<br><br>Defendant. | Case No. 3:20-cv-7871<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT ELECTRONIC ARTS INC. TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>Judge:      Hon. Joseph C. Spero<br><br>Date Filed: November 9, 2020<br><br>Trial Date: Not Yet Assigned |

JOINT STIPULATION EXTENDING TIME FOR DEFENDANT ELECTRONIC ARTS INC. TO RESPOND TO
PLAINTIFFS' COMPLAINT
Case No. 3:20-cv-7871

1601648

## STIPULATION

Pursuant to Civil Local Rule 6-1(a), this Stipulation is entered into between Plaintiffs Jason Zajonc, Danyael Williams, and Pranko Lozano ("Plaintiffs"), and Defendant Electronic Arts Inc. ("Defendant") (collectively the "Parties") to extend the time for Defendant to answer, move, or otherwise respond to Plaintiffs' complaint of November 9, 2020 ("Complaint"). The Parties, through their respective counsel of record, stipulate as follows:

**WHEREAS**, Plaintiffs filed their Complaint on November 9, 2020;

**WHEREAS**, Plaintiffs served the Complaint on Defendant on November 10, 2020;

**WHEREAS**, Defendant's deadline to respond to the Complaint is currently December 1, 2020;

**WHEREAS**, the Parties agreed that the Deadline for Defendant to respond to the Complaint will be extended to January 11, 2021;

**WHEREAS**, there have been no other extensions of time to respond to the Complaint in this action, and the requested extension will not alter the date of any event or deadline already set by the Court in this case.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their respective counsel, that Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaint shall be extended to and including January 11, 2021.


Dated: November 23, 2020                                KEKER, VAN NEST & PETERS LLP

                                                        By:  /s/ R. Adam Lauridsen
                                                             R. JAMES SLAUGHTER
                                                             R. ADAM LAURIDSEN
                                                             DAVID ROSEN
                                                             TAYLOR REEVES

                                                             Attorneys for Defendant
                                                             ELECTRONIC ARTS INC.

1
JOINT STIPULATION EXTENDING TIME FOR DEFENDANT ELECTRONIC ARTS INC. TO RESPOND TO PLAINTIFFS' COMPLAINT
Case No. 3:20-cv-7871

1601648

| | | |
|---|---|---|
| Dated: November 23, 2020 | | THE LAW OFFICE OF JACK FITZGERALD, PC |
| | By: | */s/ Jack Fitzgerald* |
| | | JACK FITZGERALD |
| | | TREVOR M. FLYNN |
| | | MELANIE PERSINGER |
| | | Attorneys for Plaintiffs |

2

JOINT STIPULATION EXTENDING TIME FOR DEFENDANT ELECTRONIC ARTS INC. TO RESPOND TO PLAINTIFFS' COMPLAINT
Case No. 3:20-cv-7871

1601648

**FILER'S ATTESTATION OF CONCURRENCE**

I, R. Adam Lauridsen, attest that I am counsel for Defendant Electronic Arts Inc. Pursuant to Local Rule 5-1(i)(3), as the ECF user and filer of this document, I attest that concurrence in the filing of this document has been obtained from its signatories.

Dated:  November 23, 2020              */s/ R. Adam Lauridsen*
                                       R. ADAM LAURIDSEN

3
JOINT STIPULATION EXTENDING TIME FOR DEFENDANT ELECTRONIC ARTS INC. TO RESPOND TO PLAINTIFFS' COMPLAINT
Case No. 3:20-cv-7871

1601648